Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PALMENTERA,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>  Defendants. | Case No.:<br>8:23−cv−01132−DOC−JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC** |

  Plaintiff Lori Palmentera, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached settlements in the above-referenced matter with Defendants Equifax Information Solutions, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") and Transunion LLC ("TransUnion").  Plaintiff and Equifax, Experian, and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax, Experian, and TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Wells Fargo Bank, N.A. remain.

Respectfully submitted September 21, 2023.

> /s/Garrett Charity
> Garrett Charity, Esq.
> McCarthy Law, PLC
> 4250 North Drinkwater Blvd, Suite 320
> Scottsdale, AZ 85251
> Telephone: (602) 456-8900
> Fax: (602) 218-4447
> Garrett.Charity@mccarthylawyer.com
> Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Garrett Charity