| | |
|---|---|
| 1 | Garrett Charity, Esq. |
| 2 | Garrett.Charity@MccarthyLawyer.com |
|   | McCarthy Law PLC |
| 3 | 4250 N. Drinkwater Blvd., Ste. 320 |
|   | Scottsdale, Arizona 85251 |
| 4 | Phone: 602-456-8900 |
|   | Fax: 602-218-4447 |
| 5 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PALMENTERA, | Case No.: 8:23−cv−01132−DOC−JDE |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC, | **NOTICE OF SETTLEMENT AS TO DEFENDANT WELLS FARGO BANK, N.A.** |
| Defendants. | |

Plaintiff Lori Palmentera, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached settlements in the above-referenced matter with Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). Plaintiff and Wells Fargo are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Wells Fargo will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Respectfully submitted September 25, 2023.

*/s/Garrett Charity*

Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Garrett Charity*